# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE LEE FOX, | NO. CV 04-6933 AG (~~FMO~~) SS |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEBORAH K. JOHNSON, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 31, 2013.

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE